LAED 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Baham | ) | Case No: 03-355 |
| | ) | USM No: 23354-034 |
| Date of Previous Judgment: 03/16/2005 | ) | George Chaney |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months _____ **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
|---|---|---|---|
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 120 to 135 months | Amended Guideline Range: | 120 to --- months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

The Defendant is ineligible for a reduction in sentence due to a statutory 120 month mandatory minimum sentence.

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, then this sentence is reduced to a "time served" sentence.

Except as provided above, all provisions of the judgment dated 03/16/2005 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/21/2008

Judge's signature

Effective Date: 05/01/2008
(if different from order date)

Hon. Stanwood R. Duval, Jr., U.S. District Judge
Printed name and title